IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LAWRENCE E. BIBBS, III,

    Plaintiff,

v.                            Civil Action No. 3:16CV237

COMMONWEALTH OF VIRGINIA, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 16, 2016, the Court conditionally docketed this action. The May 16, 2016 Memorandum Order warned Lawrence E. Bibbs, III that the Court would dismiss the action if Bibbs failed to keep the Court informed of his current address. On October 16, 2017, the United States Postal Service returned an October 2, 2017 Memorandum Order marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Bibbs has not contacted the Court to provide a current address. Bibbs's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Bibbs.

                                      /s/    REP
                              Robert E. Payne
Date: October 25, 2017    Senior United States District Judge
Richmond, Virginia